IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

JUL 2 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 : 26 CR 00327** |
| | ) | |
| DEMETRIUS MOORE, | ) | Title 18, United States Code, |
| | ) | Section 922(g)(1) |
| Defendant. | ) | |

**JUDGE BRENNAN**

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about March 4, 2026, in the Northern District of Ohio, Eastern Division, Defendant DEMETRIUS MOORE, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being:  Possession of Drugs with Schoolyard Specification, on or about December 18, 2000, in case number CR-00-389963 in the Cuyahoga County Court of Common Pleas; Possession with Intent to Distribute Cocaine and Felon in Possession of Firearm, on or about November 13, 2007, in case number 1:07-CR-134 in the United States District Court for the Northern District of Ohio; and Felon in Possession of Firearm, Wire Fraud, and Theft of Government Property, on or about October 28, 2022, in case number 1:21-CR-379 in the United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit:  a Taurus, Model G3, 9x19mm pistol, with serial number ABD466213, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant DEMETRIUS MOORE shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 1, including, but not limited to: a Taurus, Model G3, 9x19mm pistol, with serial number ABD466213.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.